# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>JUAN GARCIA IBARRA (7),<br><br>                      Defendant. | Criminal Case No. 98CR0968-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

      GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment and Superseding Indictment in the above entitled case against defendant Juan Garcia Ibarra are **dismissed without prejudice.** The defendant is hereby discharged and the arrest warrant is hereby recalled.

      IT IS SO ORDERED AND ADJUDGED.

Dated: 1/23/14

                                            HONORABLE MARILYN L. HUFF
                                            UNITED STATES DISTRICT JUDGE